CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 20 2011

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **TROY DEWYON DREW, #1150163,** | ) |
| | ) Civil Action No. 7:11cv00208 |
| Plaintiff, | ) |
| | ) **FINAL ORDER** |
| v. | ) |
| | ) |
| **FRED C. SCHILLING, et al.,** | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is **ADJUDGED AND ORDERED** that the plaintiff's complaint is **DISMISSED** without prejudice and his motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g) is **DENIED** and the case is stricken from the active docket of the court.

ENTER: This 20th day of May, 2011.

_____
United States District Judge